# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 08-1250                                         September Term 2009

EPA-73FR28321

Filed On: May 13, 2010

Natural Resources Defense Council and
Sierra Club,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------
Fine Particulate Litigation Group, et al.,
    Intervenors
------------------------------
Consolidated with 09-1102

**BEFORE:** Ginsburg, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion for voluntary partial remand and to continue to hold cases in abeyance, it is

**ORDERED** that the motion be granted. The part of this case respecting the regulation specified in 40 C.F.R. § 52.21(i)(1)(xi), is hereby remanded to EPA, and these consolidated cases continue to be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 90 days of the date of this order.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith a certified copy of this order to the agency in lieu of partial formal mandate.

**Per Curiam**