ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, and SIERRA CLUB,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | No. 08-1250 (and consolidated Case No. 09-1102) |
| NATIONAL CATTLEMEN'S BEEF ASSOCIATION, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | No. 07-1227<br>(and consolidated cases) |

**UNOPPOSED JOINT MOTION TO GOVERN PROCEEDINGS**

Both of the Petitioners in Case No. 08-1250 (Natural Resources Defense

Council and Sierra Club), several of the Petitioners in Case No. 07-1227

(American Lung Association, Medical Advocates for Healthy Air, Natural

1

Resources Defense Council and Sierra Club) (collectively, "Environmental Petitioners") and Respondent in both cases, the U.S. Environmental Protection Agency ("EPA") (collectively "Movants"), jointly move for entry of an order to govern further proceedings in the above-captioned cases in the following manner: (1) lift the stay of proceedings in Case No. 08-1250 and enter the briefing schedule proposed below; (2) sever from Case No. 07-1227 into a newly-designated case number two specific issues that are common to both of the existing cases; and (3) consolidate that new case with Case No. 08-1250, after giving parties who have an interest in that new case, but have not heretofore intervened in Case No. 08-1250, an opportunity to choose whether they will take part in the consolidated action. Movants state the following in support of this motion:

    1.    Environmental Petitioners in these cases challenge final rules promulgated by EPA pursuant to the Clean Air Act. In Case No. 07-1233, which was consolidated under Case No. 07-1227, Petitioners American Lung Association, Medical Advocates for Healthy Air, Natural Resources Defense Council and Sierra Club challenge EPA's final rule known as the "Clean Air Fine Particle Implementation Rule," 72 Fed. Reg. 20568 (April 25, 2007). In Case No. 08-1250, Petitioners Natural Resources Defense Council and Sierra Club challenge EPA's final rule entitled "Implementation of the New Source Review (NSR) Program for Particulate Matter Less Than 2.5 Micrometers (PM2.5)," 73 Fed. Reg.

2

28,321 (May 16, 2008).  Both rules relate to the implementation of the national ambient air quality standards ("NAAQS") for PM2.5 adopted by EPA in 1997.

2.  In addition to filing petitions for review in this Court, Environmental Petitioners also submitted to EPA administrative petitions for reconsideration of both rulemakings.  Both cases have been held in abeyance while EPA considers the administrative petitions.  See Petitioner's Unopposed Motion to Continue Stay of Proceedings for 21 Day, Case No. 08-1250, Doc. # 1311780 (filed June 6, 2011); Status Report, Case No. 07-1227, Doc. # 1308169 (filed May 16, 2011).

3.  Since these filings, counsel for EPA and the Environmental Petitioners have had further discussions regarding the current status of EPA's administrative process and a plan to move this litigation forward to briefing.  Prior to filing this motion, EPA and the Environmental Petitioners also discussed the requests herein with all of the other parties in both cases, including intervenors.

4.  The issues for reconsideration related to Case No. 08-1250 have now largely been resolved and the Movants agree that the remaining issues in Case No. 08-1250 may now be litigated.

5.  Reconsideration of issues related to Case No. 07-1227 is ongoing and will be resolved in future actions by EPA.  There are however, at least two specific issues in Case No. 07-1227 that are not undergoing reconsideration by EPA, and that overlap with the issues that the briefs in Case No. 08-1250 are expected to

address. The Movants agree that these specific issues should move forward and be litigated at the same time as the other issues pertinent to Case No. 08-1250.

6. In order to promote efficient resolution of these matters, Movants request that the two specific issues described below be severed from Case No. 07-1227 and given a newly-designated case number, which the Court should then consolidate with Case No. 08-1250:

(1) Whether the requirements for PM2.5 nonattainment areas should be governed by Clean Air Act, Title I, Part D, Subpart 1, for Nonattainment Areas in General, or Subpart 4, for Particulate Matter Nonattainment Areas; and

(2) Whether EPA can designate only sulfur dioxide as a mandatory precursor to PM2.5 and allow States to opt in or out of regulating other precursors.

7. To ensure that all interested parties on these issues may participate in briefing, the Petitioners American Lung Association and Medical Advocates for Healthy Air in Case No. 07-1233, should be joined with Petitioners Natural Resources Defense Council and Sierra Club in Case No. 08-1250 (e.g., as "Environmental Petitioners") for purposes of briefing and argument in the newly-consolidated action. In addition, the Intervenor-Respondents in No. 07-1227 and consolidated cases with an interest in these issues, including Intervenor-

4

Respondent National Cattlemen's Beef Association, National Petrochemical & Refiners Association, and the American Petroleum Institute similarly should be joined as Intervenor-Respondents in the newly-consolidated action. All other parties in No. 07-1227 and consolidated cases also should be given the opportunity to confirm whether they wish to take part in the briefing schedule proposed below for the newly-consolidated action.

8. With the above-described issues severed from Case No. 07-1227 and consolidated with Case No. 08-1250, Parties propose a briefing schedule for the newly-consolidated action as follows:

| | |
|---|---|
| Petitioners' Opening Brief | August 26, 2011 |
| Respondent's Brief | November 9, 2011 |
| Intervenor-Respondents' Brief | December 16, 2011 |
| Petitioners' Reply | January 20, 2012 |
| Joint Appendix | February 3, 2012 |
| Final Briefs | February 17, 2012 |

**CONCLUSION**

For the foregoing reasons, Movants respectfully request that the Court grant their joint motion to govern proceedings and issue an order: (1) lifting the stay of proceedings in Case No. 08-1250 and entering the briefing schedule proposed above; (2) severing from Case No. 07-1227 into a newly-designated case number

two specific issues that are common to both of the existing cases; and (3) consolidating that new case with Case No. 08-1250, after giving parties who have an interest in that new case, but have not heretofore intervened in Case No. 08-1250, an opportunity to choose whether they will take part in the consolidated action. Counsel for EPA has authorized counsel for Sierra Club and NRDC to file this joint motion to govern proceedings on EPA's behalf.

Respectfully submitted this 27th day of June, 2011.

      /s/ Paul Cort
Paul R. Cort
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
David S. Baron
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500

Counsel for Petitioners
Natural Resources Defense Council,
and Sierra Club

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I electronically filed the foregoing **UNOPPOSED JOINT MOTION TO GOVERN PROCEEDINGS** using the Court's ECF system, and thereby caused it to be served by electronic transmission to the following counsel of record, all of whom are registered to use ECF in this Court:

Brian H. Lynk
Norman Rave
U.S. Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
brian.lynk@usdoj.gov
norman.rave@usdoj.gov

Charles H. Knauss
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006
chuck.knauss@bingham.com

Norman William Fichthorn
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, D.C. 20006
nfichthorn@hunton.com

Leslie Sue Ritts
Ritts Law Group, PLLC
620 Fort Williams Parkway
Alexandria, VA 22304
lsritts@gmail.com

John F. Shepherd
Denise W. Kennedy
Robert T. Connery
HOLLAND & HART, LLP
P.O. Box 8749
Denver, Colorado 80201
jshepherd@hollandhart.com

Michele Schoeppe
Senior Counsel
American Petroleum Institute
1220 L Street, NW
Washington, DC 20005

Maurice Griffin
Kevin P. Auerbacher
Attorney General's Office
STATE OF NEW JERSEY
DIVISION
OF LAW
P.O. Box 093, Richard J. Hughes
Justice Complex
25 Market Street
Trenton, NJ 08625-0093
Maurice.Griffin@dol.lps.state.nj.us

Daniel Chepaitis
Michael Myers
Attorney General's Office
STATE OF NEW YORK
Environmental Protection Bureau
The Capitol
Albany, NY 12224-0341
Michael.Myers@ag.ny.gov

Via first class mail:

Shannon S. Broome
5001 Proctor Avenue
Oakland, California 94618
sbroome@pacbell.net

Tamara Thies
National Cattlemen's Beef Assn.
1301 Pennsylvania Avenue, NW,
Ste. 300
Washington, D.C. 20004-1701

Dated: June 27, 2011                /s/ Paul R. Cort
                                    Paul R. Cort