# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

| | |
|---|---|
| (Type caption of lead case only) | Appeal No. 08-1250 |
| NATURAL RESOURCES DEFENSE COUNCIL and SIERRA CLUB, | Consolidated Case Nos. |
| Petitioners, | 07-1233 |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | 09-1102 |
| Respondent. | |

---

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party. Bills of costs must be filed within fourteen (14) days after entry of judgement. The Court looks with disfavor upon motions to the file bills of costs out of time.

---

## BILL OF COSTS

Comes now  Environmental Petitioners  (~~appellant~~, peitioner, ~~appellee, or respondant~~), (the) (a) prevailing party in Appeal Nos. 08-1250, 07-1233, 09-1102 , by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) (jointly and severally) against the following (party) (parties)

**NAME OF PARTY OR PARTIES** | **APPEAL NO.**
---|---
(1) U.S. Environmental Protection Agency | 08-1250
(2) U.S. Environmental Protection Agency | 07-1233
(3) U.S. Environmental Protection Agency | 09-1102
(4) | 
(5) | 

USCA Form 48
August 2009 (REVISED)

(Use per page, per cover or per volume charges where applicable.)

USCA Case #08-1250    Document #1416016    Filed: 01/17/2013    Page 2 of 8

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|

**TEXT:**
19 X 51 = 969 X $ 0.10 = $ 96.90

**COLOR:**
X 0 = 0 X = $ 0.00

**FRONT COVERS:**
19 X 1 = 19 X $ 0.57 = $ 10.83

**BACK COVERS:**
19 X 1 = 19 X $ 0.49 = $ 9.31

**FASTENERS:**
19 X 1 = 19 X $ 2.52 = $ 47.88

AMOUNT  $  164.92

## REPLY BRIEF (if applicable)

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|

**TEXT:**
19 X 37 = 703 X $ 0.10 = $ 70.30

**COLOR:**
0 X 0 = 0 X = $ 0.00

**FRONT COVERS:**
19 X 1 = 19 X $ 0.57 = $ 10.83

**BACK COVERS:**
19 X 1 = 19 X $ 0.49 = $ 9.31

**FASTENERS:**
19 X 1 = 19 X $ 2.52 = $ 47.88

AMOUNT  $  138.32

## APPENDIX

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|

**TEXT:**
10 X 949 = 9,490 X $ 0.10 = $ 949.00

**COLOR:**
X = X =

**FRONT COVERS:**
10 X 2 = 20 X $ 0.57 = $ 11.40

**BACK COVERS:**
10 X 2 = 20 X $ 0.49 = $ 9.80

**FASTENERS:**
10 X 2 = 20 X $ 2.52 = $ 50.40

AMOUNT  $  1,020.60

AMOUNT OF SUBTOTALS  $  1,323.84

DOCKETING FEE (if applicable)  $  1,350.00   *

TOTAL COSTS TO BE TAXED  $  2,673.84

USCA Form 48
August 2009 (REVISED)

*See attachment

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred. A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

Paul Cort                                    */s/ Paul Cort*

Typed Name of Counsel              Signature of Counsel

Earthjustice, 50 California Street, Suite 500

Counsel's Address

San Francisco, CA 94111

( 415 )  217-2000
Counsel's Telephone Number

## VERIFICATION *

State of California          )
                             )  SS:
County of San Francisco      )

COMES NOW  Paul R. Cort  , and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this ____ day of _____, 20 ____.

*See Attached*

_____
Notary Public

(Notary seal or stamp)

**COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE**

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**    GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____      _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

State of California
County of SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this 17 day of January, 2013, by

(1) Paul Robert Cort
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

[Notary Seal: S. SAROYAN, Commission # 1950050, Notary Public - California, Alameda County, My Comm. Expires Sep 11, 2015]

Place Notary Seal Above

———————— **OPTIONAL** ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Bill of Cost W/BHO

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

## ATTACHMENT

Environmental Petitioners incurred docketing fees in three cases that were ultimately consolidated into case number 08-1250 (filed July 15, 2008). On May 6, 2009, case number 09-1102 (filed March 13, 2009) was consolidated with case number 08-1250. On November 8, 2011, certain issues from case number 07-1233 (filed June 25, 2007) were severed and assigned the new case number 11-1430, which was also then consolidated with case number 08-1250. Petitioners' Bill of Costs therefore includes the docketing fees for all three of these cases.

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 17, 2013, I electronically filed the Bill of Costs of Environmental Petitioners with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Brian H. Lynk
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
brian.lynk@usdoj.gov
*Counsel for Respondents United States Environmental Protection Agency*

Geoffrey L. Wilcox
U.S. Environmental Protection Agency
Office of General Counsel
2344A
1200 Pennsylvania Avenue, NW
Ariel Rios Building
Washington, DC 20460-0000
*Counsel for Respondents United States Environmental Protection Agency*

Charles H. Knauss
Katten Muchin Rosenman LLP
2900 K Street, NW
North Tower, Suite 200
Washington, D.C. 20007-5118
chuck.knauss@kattenlaw.com
*Counsel for Intervenor the Fine Particulate Litigation Group and American Petroleum Institute*

Shannon S. Broome
Katten Muchin Rosenman LLP
1999 Harrison St.
Oakland, CA 94612
Shannon.broome@kattenlaw.com
*Counsel for Intervenor the Fine Particulate Litigation Group and American Petroleum Institute*

Michelle Schoeppe
Senior Counsel
American Petroleum Institute
1220 L Street, NW
Washington, DC 20005
*Counsel for Intervenor*
*American Petroleum Institute*

Robert Thomas Smith
Katten Muchin Rosenman LLP
2900 K Street, NW
North Tower, Suite 200
Washington, DC 20007-5118
Robert.Smith1@kattenlaw.com
*Counsel for Intervenor the Fine*
*Particulate Litigation Group and*
*American Petroleum Institute*

Norman William Fichthorn
Lauren Elizabeth Freeman
Lucinda Minton Langworthy
Hunton & Williams LLP
2200 Pennsylvania Ave., NW
Washington, D.C. 20037
nfichthorn@hunton.com
*Counsel for Intervenor the Utility Air*
*Regulatory Group*

Leslie Sue Ritts
Ritts Law Group, PLLC
620 Fort Williams Parkway
Carriage House
Alexandria, VA 22304
lsritts@gmail.com
*Counsel for Intervenor the National*
*Environmental Development*
*Association's Clean Air Project*

Lorane Frances Hebert
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109
lfhebert@hhlaw.com
*Counsel for Intervenor the National*
*Environmental Development*
*Association's Clean Air Project*

John Alan Bryson
Emily Church Schilling
Holland & Hart, LLP
975 F Street, NW
Suite 900
Washington, DC 20004
jbryson@hollandhart.com
ecschilling@hollandhart.com
*Counsel for Intervenor*
*National Cattlemen's Beef*
*Association*

Denise W. Kennedy
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202-3979
dkennedy@hollandhart.com
*Counsel for Intervenor*
*National Cattlemen's Beef*
*Association*

2

DATED: January 17, 2013

<u>/s/ Paul Cort</u>
Paul Cort
Counsel for Environmental Petitioners