# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 08-1250 September Term, 2012

EPA-72FR20586
EPA-73FR28321

Filed On: February 28, 2013 [1422782]

Natural Resources Defense Council and
Sierra Club,

      Petitioners

   v.

Environmental Protection Agency,

      Respondent

------------------------------

Fine Particulate Litigation Group, et al.,
              Intervenors
------------------------------

Consolidated with 09-1102, 11-1430

## O R D E R

Upon consideration of petitioners' bill of costs, it is

**ORDERED** that the request for costs be denied.

### Per Curiam

                                       FOR THE COURT:
                                       Mark J. Langer, Clerk

                  BY:    /s/
                           Jennifer M. Clark
                           Deputy Clerk